DAN A. DRUZ  
Attorney at Law  
1211 16th Ave.  
Belmar, New Jersey 07719  
Tel: 732-822-1052 *** Fax" 732-556-6948

January 7, 2015

Hon. Katherine B. Forrest  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St., 15th Fl.  
New York, NY 10007-1312

        Re:    Anastasios Belesis  
                  Joseph Castellano  
                  14cv9168  
                  <u>14cv8306          </u>

Your Honor:

      Please be advised that the above referenced clients in the above referenced matters have terminated my representation therein. In fact, they have already appeared "pro se" by sending you letters regarding the cases and requesting additional time to answer, which I understand you have approved. Consequently, I will not be filing any further "events" on ECF other than those related to my termination.

Respectfully submitted,

/s/

Dan A. Druz, Esq., *pro se*

cc: Anastasios Belesis  
    Joseph Castellano